IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Lawrence

Printed: 4/22/08

Case Number: 06 B 14559
Judge: Wedoff, Eugene R
Filed: 11/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: April 16, 2008
Confirmed: January 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,240.00 |  |
| Secured: |  | 20,129.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,110.70 |
| Other Funds: |  | 0.00 |
| Totals: | 21,240.00 | 21,240.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Prime Acceptance Corporaton | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 17,071.91 | 12,050.76 |
| 4. | CitiMortgage Inc | Secured | 9,853.01 | 8,078.54 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 124.70 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 410.46 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 2,887.11 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 44.43 | 0.00 |
| 9. | Prime Acceptance Corporaton | Unsecured | 360.62 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 269.32 | 0.00 |
| 11. | Check Into Cash | Unsecured |  | No Claim Filed |
| 12. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 13. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 14. | Household Credit Services | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Geico Insurance | Unsecured |  | No Claim Filed |
| 17. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 18. | School Of Skilled Trades | Unsecured |  | No Claim Filed |
| 19. | Joseph O'Donnell DDS | Unsecured |  | No Claim Filed |
| 20. | Watson Motorsport Ltd | Unsecured |  | No Claim Filed |
| 21. | Wells Fargo | Unsecured |  | No Claim Filed |
| 22. | Trinity Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 31,021.56 | $ 20,129.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Lawrence

Printed: 4/22/08

Case Number: 06 B 14559
Judge: Wedoff, Eugene R
Filed: 11/7/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 4.8%     | 289.88     |
| 5.4%     | 820.82     |
|          | _____ |
|          | $ 1,110.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

